**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MARY ROBINSON                                          PLAINTIFF


v.                          CASE NO. 3:10CV00005-JTK


MICHAEL J. ASTRUE,
*Commissioner,* Social Security Administration          DEFENDANT


<u>JUDGMENT</u>


Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that the final determination of the

Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 25th day of January, 2011.


_____
UNITED STATES MAGISTRATE JUDGE